

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2015

No. 04-14-00913-CV

David **MEDRANO**,
Appellant

v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**, Successor by Merger Lawyers
Title Insurance Corporation, Barclays Capital Real Estate Inc. d.b.a HOMEQ, as servicing Agent
for Duetsche Bnk. National Trust Company as Trustee,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-00027
The Honorable Richard E. Price, Judge Presiding

## O R D E R

Pursuant to this court's order, appellant has filed proof that he has paid the trial court clerk's and the court reporter's fees for preparing and filing the record in this appeal. Accordingly, we **order** the record due **March 23, 2015**. No extensions of time will be granted absent a showing of extraordinary circumstances.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court